

A CERTIFIED TRUE COPY

OCT 17 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 17 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

07 CIV 9453

IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION
Crescenta Valley Water District v. Exxon Mobil Corp., et al., )
C.D. California, C.A. No. 2:07-2630                          )          MDL No. 1358

## TRANSFER ORDER

**Before the entire Panel**[*]:  Plaintiff in this action moves pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), asking the Panel to vacate its order conditionally transferring the action to the Southern District of New York for inclusion in MDL No. 1358. Defendants have not responded to the motion to vacate.

After considering counsel's argument, we find that this action involves common questions of fact with actions in this litigation previously transferred to the Southern District of New York, and that transfer of this action to the Southern District of New York for inclusion in MDL No. 1358 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. We further find that transfer of this action is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the Southern District of New York was a proper Section 1407 forum for actions involving allegations relating to MTBE contamination. *See In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation,* 2000 U.S. Dist. LEXIS 14901 (J.P.M.L. Oct. 10, 2000).

Any anticipated motion for remand to state court can be presented to the transferee judge. *See, e.g., In re Ivy,* 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

---

[*] Judges Heyburn and Motz took no part in the disposition of this matter.

-2-

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Shira A. Scheindlin for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

_____
D. Lowell Jensen
Acting Chairman

| | |
|---|---|
| John G. Heyburn II, Chairman[*] | J. Frederick Motz[*] |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica |

IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION

MDL No. 1358

## INVOLVED COUNSEL LIST

Thomas S. Bunn, III
Lagerlof, Senecal, Gosney & Kruse, LLP
301 N Lake Avenue
10th Floor
Pasadena, CA 91101

Patrick E. Cafferty, Jr.
Munger, Tolles & Olson, LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

James Jacob Finsten
Arnold & Porter, LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844

Robin Greenwald
Weitz & Luxenberg, P.C.
180 Maiden Lane
40th Floor
New York, NY 10038

Tracey L. O'Reilly
Miller, Axline & Sawyer
1050 Fulton Avenue
Suite 100
Sacramento, CA 95825

Whitney Jones Roy
Sheppard, Mullin, Richter & Hampton, LLP
333 South Hope Street
48th Floor
Los Angeles, CA 90071-1448

Peter J. Sacripanti
McDermott, Will & Emery, LLP
340 Madison Avenue
14th Floor
New York, NY 10173-1922

Stephanie B. Weirick
Arnold & Porter, LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206